**MEMO ENDORSED**

**Sullivan & Klein, LLP**
260 Madison Avenue, 8th Floor
New York, New York 10016
Telephone: (212) 695-0910
Telefax: (212) 695-0915
General@Sullivankleinlaw.com

Writer's Direct Dial:
(212) 695-1692

Robert M. Sullivan
RSullivan@Sullivankleinlaw.com

Offices in:

Newark, New Jersey
Fairfield, Connecticut

October 4, 2021

**VIA ECF**

Honorable Kenneth M. Karas
United States District Judge – Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    Teamsters Local 456 Pension, Health & Welfare, et al v. Sub-Tech
              Services, LLC, et al
              Civil Action No. 7:21-cv-02151 (KMK)
              Our File No. 259-901

Dear Judge Karas:

    This office represents the defendants in the above-captioned matte, Sub-Tech Services, LLC ("Sub-Tech") and Andrew Arthur ("Arthur").

    Simultaneously with this letter motion we are filing opposition to Plaintiffs motion for a default judgment which is returnable before this Court tomorrow. As part of our opposition, we wish to annex an exhibit to the Declaration of our client's President, Andrew Arthur, which consists of a number of our client's New York State Employment Tax Returns (NYS-45).

    The returns contain wage and income information, as well as Tax ID numbers of a number of our client's employees. We have redacted all of the wage and tax ID information, but the names of the employees and that they were not members of Teamsters Local 456 is germane to our opposition to the motion. Although wage and tax information has been redacted, we are concerned that identifying Defendant's employees in a public court filing may nonetheless be viewed as an invasion of those employees' right to privacy.

    Accordingly, we would request an order of this court permitting us to file the Exhibit,

Honorable Kenneth M. Karas
United States District Judge – Southern District of New York
October 4, 2021
Page 2

Exhibit "B" to the Declaration of Andrew Arthur, under seal.

Respectfully submitted,

SULLIVAN & KLEIN, LLP

By: *[signature]*
Robert M. Sullivan

RMS:mco

cc:
**VIA ECF**
Michael S. Adler, Esq.

Granted.

So Ordered

*[signature]*

10/4/21