# COHEN WEISS AND SIMON LLP

Michael S. Adler, Partner
Tel:  212.356.0251
Fax:  646.473.8251
madler@cwsny.com
www.cwsny.com

MEMO ENDORSED

900 Third Avenue, Suite 2100 • New York, NY 10022-4869

November 29, 2021

By Electronic Case Filing

Honorable Kenneth M. Karas
United States District Judge
United States District Court
 for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

      Re:    Local 456 Funds v. Sub-Tech Services LLC d/b/a Sub Tech Services, LLC d/b/a Subtech Services, LLC, Civil Action No. 7:21-cv-02151 (KMK)

Dear Judge Karas:

      This Firm represents Plaintiffs in the above-referenced matter.

      We write, with Defendants' consent, to respectfully request that the December 2, 2021 hearing in this action be delayed until December 9, 2021 or such other later date as acceptable to the Court.

      The reason for the request is as follows: as Your Honor may recall, this is an ERISA action seeking to collect fringe benefits and dues deductions. To that extent, an audit was completed last week, and minimal amounts remain due. The parties have discussed the delinquencies and anticipate a settlement proposal will be made before the Plaintiffs' Trustees next meet on December 3, 2021.

      Accordingly, the parties will be in better position to discuss the status of the action after December 3, 2021. We ask for a few extra days after that date due to conflicts in the undersigned's schedule for December 6, 7 and 8, and to allow additional dialogue after the Trustees' meeting in the hopes of resolving the matter (at least verbally) before the conference, if moved by the Court.

9765630 1
9765630 1



# COHEN WEISS AND SIMON LLP

Honorable Kenneth M. Karas
November 29, 2021
Page 2

We thank the Court for its consideration of this matter.

Granted. The 12/2 conference is adjourned. The Parties are to provide a status report by 12/9/21 and the Court will, depending on the status of the case, schedule another conference.

So Ordered.
11/29/21

Very truly yours,

*Michael S. Adler*

Michael S. Adler

cc via ECF:
    Robert M. Sullivan, Esq.